**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| CADILLAC HARDWARE, INC., a Michigan corporation, individually and as the representative of a class of similarly situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) ) | No. 2:09-cv-14315 |
| v. | ) ) | |
| CHICKEN SHACK, INC., CHICKEN SHACK DEPOT, INC., and CHARLES J. THOMAS, JR., | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)**

Pursuant to the provisions of Rule 41(a)(1)(i), Cadillac Hardware, Inc., Plaintiff herein, voluntary dismisses with prejudice the above-entitled action as to Chicken Shack, Inc., Chicken Shack Depot, Inc., and Charles J. Thomas, Jr., Defendants herein.

/s/ Jason J. Thompson (P47184)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
2000 Town Center, Suite 900
Southfield, MI  48075
Telephone:  248-355-0300
Fax:  248-436-8453
jthompson@sommerspc.com

Dated:  November 18, 2009